# EXHIBIT B



**Medicare Solutions**

1311 W. President George Bush Hwy.
Richardson, TX 75080

October 2, 2013

PRESORTED
S00923
**********AUTO**3-DIGIT 064

000005

ılıltılıılıııılılılıılıııılılııııılıılıılılılılılılı

**CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Re: Notice of Amendment to the Contract

Dear

Given the significant changes and pressures in the healthcare environment, we have undertaken a review of our network and are making changes to its composition. As a result, UnitedHealthcare is amending your Agreement referenced above to discontinue your participation in the Medicare Advantage network effective on February 1, 2014.

The enclosed Amendment reflects this change to your participation status in the Medicare Advantage network. **This Amendment does not require your signature.**

This Amendment is made in accordance with the following provision of your Agreement:

> *We can amend this agreement or any of the appendices on 90 days' written or electronic notice by sending you a copy of the amendment. Your signature is not required to make the amendment effective.*

**Please note that your Agreement shall remain in full force and effect for all other networks not specified in this Amendment and we are pleased to have you remain in those networks.** Note that certain Medicare supplement plans do not require a network and are not included in your agreement today. Your provision of services and payment for covered services under those Medicare supplement plans are not changed by this amendment.

You may have appeal rights related to your removal from this network. Please refer to the enclosed Appeal Rights document.

This change in your participation status in UnitedHealthcare's network will be communicated to your affected patients in accordance with applicable law. We appreciate the service you have provided our members. If you have questions or would like to discuss this matter, please call 800-509-3023.

Sincerely,

*Jenny Hayhurst*

Jenny Hayhurst
Vice President, Network Management

Enclosures



Medicare Unilateral Amendment
Doc#: UHC2694b.4_20130813



# Appeal Rights

**Requesting an Appeal**

You may request an appeal before a panel appointed by UnitedHealthcare as described in this document if UnitedHealthcare has removed you from its Medicare Advantage network by way of termination of your participation agreement without cause, nonrenewal of your participation agreement, or an amendment removing all Medicare Advantage benefit plans from your participation agreement. **This appeal right applies to physicians only.**

A termination without cause is _not_ based on a provision in the participation agreement that specifies a particular cause that is needed in order to terminate the agreement. By way of example, a termination without cause is based on a provision in the participation agreement that reads along the lines of, "either you or we can terminate this agreement, by providing at least 90 days' prior written notice." A termination without cause is not, for instance, a nonrenewal, or a termination of a physician's participation status for material breach or termination of a physician's participation status for failure to comply with UnitedHealthcare's Credentialing Plan, loss of licensure, or a sanction imposed by any governmental agency or authority, including Medicare or Medicaid. A nonrenewal is an action taken by UnitedHealthcare to not renew your participation agreement. By way of example, a nonrenewal is based on a provision in the participation agreement that reads along the lines of, "either you or we can terminate this agreement, effective on an anniversary of the date this agreement begins, by providing at least 90 days' prior written notice." UnitedHealthcare will treat an amendment to remove you from participating in the network(s) referenced in the attached notice as a termination without cause.

You must request an appeal within 30 calendar days after receipt of the attached notice.

Failure to submit such request for an appeal within the required timeframe and in the manner described in this document shall constitute a waiver of your right to an appeal. In the case of such a waiver, you are deemed to have accepted your removal from UnitedHealthcare's network.

Your request for an appeal must be submitted in writing to the NQC Appeals Coordinator at the address below, and delivered by personal delivery, certified or registered mail, or by shipping company (for example: Federal Express, UPS) and is deemed given upon receipt.

**UnitedHealthcare**
**Attn: NQC Appeals Coordinator**
**9050 Centre Pointe Drive #400**
**West Chester, OH 45069**

At least 10 business days prior to your appeal, you must submit to the NQC Appeals Coordinator at the address above any relevant information you would like the appeal panel to review on appeal. We will forward to panel members copies of the information you submit.

